No. 6598.—MUÑOZ DÍAZ, aplte., *v.* SOLÁ, apldo.—C. D. Humacao. Febrero 19, 1934.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Habidas en consideración todas las circunstancias concurrentes, no ha lugar a la desestimación del recurso, concediéndose al apelante un nuevo término que vencerá el 3 de marzo próximo para que el taquígrafo archive la transcripción.

No. 5466.—DÍAZ, ET ALS., apldos., *v.* PUEBLO, opositor y aplte.— C. D. San Juan. Marzo 19, 1930.

Visto el allanamiento de El Pueblo de Puerto Rico, se declara con lugar la anterior moción y en su consecuencia se desestima el recurso de apelación establecido en este caso por El Pueblo de Puerto Rico contra resolución dictada por la Corte de Distrito de San Juan en el caso arriba titulado el día 12 de agosto de 1933.

No. 6207.—BANCO POPULAR, apldo., *v.* GARÓFALO, ALBANESE y MESEGUER, apltes.—C. D. San Juan. Marzo 26, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista la moción del banco y su memorándum para que desestimemos la presente apelación interpuesta por dos de los tres demandados por no haberle notificado al otro demandado Manuel Meseguer; y apareciendo que los tres demandados fueron condenados mancomunada y solidariamente al pago de la cantidad reclamada por lo que Meseguer no resulta ser parte contraria en esta apelación ya que una revocación o modificación de la sentenciaa no podría perjudicarle, no ha lugar a desestimar la presente apelación.

No. 6721.—VALCOURT, aplte., *v.* DÁVILA, apldo.—C. D. San Juan. Junio 5, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede, con la sola asistencia del apelante; examinado el escrito de oposición y la documentación acompañada a la misma, y apareciendo que está pendiente de resolución en la corte de distrito una moción sobre prórroga hasta julio 2 de 1934 para radicar en dicha corte la transcripción de la evidencia, no ha lugar a la desestimación solicitada.